# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1192**
**CA 15-00772**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

DENNIS BRENNAN, PLAINTIFF-RESPONDENT,

V                                                                ORDER

RONALD W. BRISBEE, DEFENDANT-APPELLANT.

HODGSON RUSS LLP, BUFFALO (KARALYN M. ROSSI OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDERS & SANDERS, CHEEKTOWAGA (HARVEY P. SANDERS OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Cattaraugus County (Paula L. Feroleto, J.), entered July 1, 2014. The order denied the motion of defendant to dismiss the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 17 and 24, 2015, and filed in the Cattaraugus County Clerk's Office on June 26, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  November 13, 2015                          Frances E. Cafarell
                                                      Clerk of the Court